UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                             GENERAL COURT NUMBER
CLERK OF COURT                                                                              510-637-3530

June 7, 2021

Re:  **Center for Investigative Reporting v. Department of Labor**
      21-cv-03826-KAW

Dear Counsel:

      This matter has been randomly assigned to United States Magistrate Judge Kandis A. Westmore for all purposes including trial.

      The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

      A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  Plaintiffs shall complete the attached form documenting either consent or declination and e-file it with the Court by **June 21, 2021**.  This form can be found on the Court's website at www.cand.uscourts.gov. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

                                                              Susan Y. Soong
                                                              Clerk, United States District Court

                                          By: _____
                                          Aris Garcia, Deputy Clerk to
                                          Magistrate KANDIS A. WESTMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR INVESTIGATIVE REPORTING, et al.,

Plaintiffs,

v.

DEPARTMENT OF LABOR,

Defendant.

Case No. 21-cv-03826-KAW

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )   **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____

NAME: _____
COUNSEL FOR (OR "PRO SE"): _____

_____
*Signature*