D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and JENNIFER GOLLAN,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　　　Defendant. | Case No. 4:21-cv-03826-KAW<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Annie Chabel, declare as follows:

1. At the time of service I was at least 18 years of age and not a party to this lawsuit.

2. On July 14, 2021 I served copies true and correct copies of the following documents (hereinafter referred to as "copies"):

   a. SUMMONS
   b. CIVIL COVER SHEET
   c. COMPLAINT AND EXHIBITS
   d. AMENDED COMPLAINT AND EXHIBITS
   e. CERTIFICATE OF INTERESTED PARTIES
   f. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
   g. CONSENT TO MAGISTRATE JUDGE FORM
   h. PLAINTIFFS' CONSENT TO MAGISTRATE JUDGE
   i. STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE
   j. NOTICE RE: TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE KANDIS A. WESTMORE
   k. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
   l. CONSENT OR DECLINATION FORM TO MAGISTRATE JUDGE JURISDICTION
   m. ECF REGISTRATION INFORMATION
   n. U.S. DISTRICT COURT OF NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

3. I served the United States Department of Labor by placing the copies in a postage paid envelope through certified mail addressed to the person(s) listed hereinafter, by depositing said envelope into the U.S. mail:

-2-
CERTIFICATE OF SERVICE

a. United States Department of Justice for the Northern District of California, Civil Process Clerk Federal Courthouse, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102

b. Attorney General of the United States, United States Department of Justice, Service of Process, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001

c. United States Department of Labor, Office of Legal Counsel, 200 Constitution Ave., N.W., Room N-2700, Washington, DC 20210

d. United States Department of Labor, Regional Solicitor, Janet Herold, 90 7th Street, Suite 3-700, San Francisco, CA 94103-1516

4. I declare under penalty of perjury that the foregoing is true and correct. This was executed on July 14, 2021 in Emeryville, CA.

DATED: July 14, 2021

Respectfully submitted,

By: /s/ Annie Chabel




