1   STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2   MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3   DAVID M. DEVITO (CABN 243695)
SHARANYA MOHAN (NYRN 5027768)
4   Assistant United States Attorneys

5       450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6       Telephone: (415) 436-7198
Facsimile: (415) 436-6748
7       E-mail: sharanya.mohan@usdoj.gov

8   Attorneys for Defendant

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

13   THE CENTER FOR INVESTIGATIVE        )   No. CV-4:21-cv-03826-KAW
        REPORTING, et al.,                )
14                                         )   **JOINT STATUS UPDATE, STIPULATION, AND**
                Plaintiffs,                )   **ORDER  AS MODIFIED**
15                                         )
        v.                                 )
16                                         )
                                           )
17   UNITED STATES DEPARTMENT OF           )
        LABOR,                             )
18                                         )
                Defendant.                 )
19   _____)

20          Plaintiffs The Center for Investigative Reporting and Michael Montgomery ("Plaintiffs") and

21   Defendant United States Department of Labor ("DOL") (collectively, "the Parties"), by and through

22   their counsel, hereby stipulate and provide the following status update to the Court:

23          1.      On June 8, 2021, Plaintiffs The Center for Investigative Reporting and Michael

24   Montgomery ("Plaintiffs") filed an Amended Complaint under the Freedom of Information Act

25   ("FOIA") in the above-entitled action, to which DOL filed an Answer and Affirmative Defenses on

26   September 1, 2021.  (ECF Nos. 5 & 18).

27          2.      On October 19, 2021, the Parties submitted a proposed stipulated production schedule to

28   the Court, pursuant to which DOL planned to produce records responsive to Plaintiffs' request.  The

1  Parties' stipulation set forth four interim productions and a final production on February 28, 2022, the

2  deadlines for which could be modified by agreement of the Parties and without Court Order, and

3  proposed that the Parties submit a further status report on March 25, 2022.

4        3.      On October 20, 2021, the Court endorsed the Parties' proposed schedule and directed the

5  parties to submit a joint status report on or before March 25, 2022.

6        4.      DOL produced records in accordance with the Parties' agreed-upon schedule, but referred

7  11 of the approximately 80 potentially responsive records to the Department of State for consultation

8  regarding the Department of State's equities in those records.  DOL informed Plaintiffs on February 25,

9  2022 that certain records required consultation by the Department of State, and otherwise produced the

10  remaining records not requiring consultation on February 28.

11       5.      DOL has continued to work with the Department of State to complete the consultation

12  and process and produce any remaining records.  However, the Department of State's consultation is not

13  yet completed.  Additionally, two of the records that were referred to the Department of State may

14  contain confidential commercial information that is subject to predisclosure notification procedures

15  pursuant to Executive Order 12600.  DOL has commenced that process and expects it to be completed

16  by early April.

17       6.      In sum, DOL anticipates that the Department of State consultation process, as well as the

18  predisclosure notification procedures, affecting the remaining records will be completed over the next

19  few weeks.

20       7.      The Parties have conferred regarding next steps in the litigation and have stipulated to the

21  following:

22            a.   DOL will make best efforts to process and produce any remaining responsive, non-

23                 exempt records by April 8, 2022.

24            b.   Upon completion of records production, DOL will provide Plaintiffs with a final

25                 determination on its FOIA request.  Thereafter the Parties will meet and confer in an

26                 attempt to resolve any remaining disputes without further court involvement.  Among

27                 other things, the Parties will confer telephonically during the week of April 18, 2022.

28

JOINT STATUS UPDATE, STIPULATION, AND ORDER AS MODIFIED
Case No. 4:21-cv-03826-KAW

1       c.   The parties respectfully request that the Court set a further status report deadline of

2            May 13, 2022.  This will allow sufficient time for DOL to complete any actions with

3            respect to the remaining records in advance of that deadline, and for the parties to

4            meet and confer in an effort to avoid further litigation or to narrow any remaining

5            issues for the Court.

6    IT IS SO STIPULATED.

7

8    DATED: March 23, 2022               Respectfully submitted,

9                             STEPHANIE M. HINDS
                              United States Attorney

10                            */s/ Sharanya Mohan*

11                            DAVID M. DEVITO
                              SHARANYA MOHAN
                              Assistant United States Attorneys

12                            Attorneys for Defendant

13

14   DATED: March 23, 2022               THE CENTER FOR INVESTIGATIVE
                              REPORTING

15                            */s/ D. Victoria Baranetsky*

16                            D. VICTORIA BARANETSKY

17                            Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER AS MODIFIED**

Pursuant to the Parties' Stipulation, and good cause appearing, the Court orders as follows:

1.      DOL will make best efforts to produce any remaining responsive, non-exempt records by April 8, 2022.

2.      Upon completion of records production, DOL will provide Plaintiffs with a final determination on its FOIA request.  Thereafter the Parties will meet and confer in an attempt to resolve any remaining disputes without further court involvement, including conferring telephonically during the week of April 18, 2022.

3.      The Parties will provide the Court with a Joint Status Report by **July 15, 2022.**

IT IS SO ORDERED.

DATED: ___May 19, 2022_____

HON. KANDIS A. WESTMORE
United States Magistrate Judge

JOINT STATUS UPDATE, STIPULATION, AND ORDER AS MODIFIED
Case No. 4:21-cv-03826-KAW

4