STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
SHARANYA MOHAN (NYRN 5027768)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    Facsimile: (415) 436-6748
    E-mail: david.devito@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | No. CV-4:21-cv-03826-KAW<br><br>**JOINT STATUS REPORT** |

    Pursuant to the Court's May 19, 2022 Order (ECF No. 29), Plaintiffs The Center for Investigative Reporting and Michael Montgomery ("Plaintiffs") and Defendant United States Department of Labor ("DOL") (collectively, "the Parties"), by and through their counsel, hereby submit this Joint Status Report in connection with this Freedom of Information Act case:

    1.    The Parties have met and conferred and agree that all issues relating to Defendant's obligation to produce records under FOIA have been resolved, and that the only outstanding unresolved issues relate to Plaintiffs' claim for attorney's fees and costs.

    2.    Plaintiffs have provided Defendant with information regarding their claim for attorney's fees and costs. Defendant is in the process of analyzing that information and obtaining approvals to

enter into negotiations to attempt to resolve Plaintiff's claim for attorney's fees and costs.

3. The Parties further agree that additional time is needed so that the Parties can attempt to resolve Plaintiff's claim for attorney's fees and costs without the need for further litigation. The Parties believe that continuing the meet-and-confer process for this additional period is likely to be productive in further narrowing the issues, and could potentially eliminate the need for further Court involvement.

4. The Parties propose to submit a further joint status report to the Court on September 15, 2022, setting forth any remaining areas of dispute. If at that time the Parties have not resolved Plaintiffs' claim for attorney's fees and costs and no such resolution appears imminent, the Parties shall include in their status report a joint proposed briefing schedule for Plaintiffs' motion for attorney's fees and costs.

DATED: July 14, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ David M. DeVito*
DAVID M. DEVITO
SHARANYA MOHAN
Assistant United States Attorneys

Attorneys for Defendant

DATED: July 14, 2022

THE CENTER FOR INVESTIGATIVE REPORTING

/s/ D. Victoria Baranetsky
D. VICTORIA BARANETSKY

Attorneys for Plaintiffs

---

* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiffs has concurred in the filing of this document.

JOINT STATUS REPORT
Case No. 4:21-cv-03826-KAW

2